IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TRIMAX MEDICAL MANAGEMENT, INC., | * |
| Plaintiff, | * |
| v. | Case No. 5:16-CV-399-MTT |
| | * |
| HIBERNATION THERAPEUTICS USA, LLC, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to the jury verdict dated October 24, 2018 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant in the amount of $10,000.00. The amount shall accrue interest from the date of entry of judgment at the rate of 2.67 % per annum until paid in full. Defendant shall also recover costs of this action.

This 25th day of October, 2018.

David W. Bunt, Clerk

s/ Amy N. Stapleton, Deputy Clerk